### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH BURNS, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>    v.<br><br>MAXIM INTEGRATED PRODUCTS, INC., TUNÇ DOLUCA, WILLIAM P. SULLIVAN, TRACY ACCARDI, JAMES R. BERGMAN, JOSEPH R. BRONSON, ROBERT E. GRADY, MERCEDES JOHNSON, WILLIAM D. WATKINS and MARYANN WRIGHT,<br><br>                Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No. 1:20-cv-07168-MKV<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Joseph Burns ("Plaintiff") hereby voluntarily dismisses the above-captioned action (the "Action") with prejudice as to Plaintiff only, and without prejudice as to his claims on behalf of the putative class in the Action.  Defendants have filed neither an answer nor a motion for summary judgment in the Action, and no class has been certified.  Plaintiff's dismissal of the Action is therefore effective upon the filing of this notice.

Dated: October 28, 2020

Respectfully submitted,

**FARUQI & FARUQI, LLP**

By: */s/ James M. Wilson, Jr.*

Nadeem Faruqi
James M. Wilson, Jr.
685 Third Avenue, 26th Floor
New York, NY 10017
Tel.: (212) 983-9330
Fax: (212) 983-9331
Email: nfaruqi@faruqilaw.com
        jwilson@faruqilaw.com

- 2 -

*Counsel for Plaintiff*